# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMIE LEE  PETITIONER
ADC #111178

v.  4:20-cv-01132-JJV

DEXTER PAYNE, Director,  RESPONDENT
Arkansas Division of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 2nd day of February 2021.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE